No. 01–1182. HARDIN, LEGAL GUARDIAN OF HARDIN, A MINOR *v.* ACTION GRAPHICS, INC. Ct. App. Ky. Certiorari denied.

No. 01–1254. BERNHARDT *v.* SANTA MONICA COLLEGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1261. GRANDSON ET AL. *v.* UNIVERSITY OF MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1263. PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF MISSISSIPPI ET AL. *v.* MABUS. Cir. Ct. Hinds County, Miss. Certiorari denied.

No. 01–1266. UNITED PARCEL SERVICE, INC. *v.* MORTON. C. A. 9th Cir. Certiorari denied.

No. 01–1271. KNIGHTS OF COLUMBUS, COUNCIL #94, LEXINGTON MASSACHUSETTS, ET AL. *v.* TOWN OF LEXINGTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1272. LEVY *v.* SOUTHBROOK INTERNATIONAL INVESTMENTS, LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1273. SOUTHERN MANUFACTURED HOMES, INC., ET AL. *v.* BROOKS. Sup. Ct. Ala. Certiorari denied.

No. 01–1275. HARRIS ET AL. *v.* AKRON DEPARTMENT OF PUBLIC HEALTH ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1279. SEACOAST MOTORS OF SALISBURY, INC. *v.* DAIMLERCHRYSLER MOTORS CORP. C. A. 1st Cir. Certiorari denied.

No. 01–1281. MAXWELL *v.* WYMAN ET VIR. Sup. Ct. Okla. Certiorari denied.

No. 01–1284. ZANTOP INTERNATIONAL AIRLINES, INC. *v.* MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION. Ct. App. Mich. Certiorari denied.